.IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>THE STATE OF IOWA; KIMBERLY REYNOLDS, in her official capacity as Governor of Iowa; BRENNA BIRD, in her official capacity as Attorney General of Iowa; IOWA DEPARTMENT OF PUBLIC SAFETY; STEPHAN K. BAYENS, in his official capacity as Commissioner of Iowa Department of Public Safety,<br><br>　　Defendant. | Case No. 4:24-cv-162<br><br>**NOTICE OF APPEARANCE** |

　　COMES NOW Eric Wessan, Solicitor General, and hereby appears as counsel on behalf of Defendant.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　BRENNA BIRD
　　　　　　　　　　　　　　　　　Attorney General of Iowa

　　　　　　　　　　　　　　　　　/s/ *Eric Wessan*
　　　　　　　　　　　　　　　　　ERIC WESSAN
　　　　　　　　　　　　　　　　　Solicitor General
　　　　　　　　　　　　　　　　　Iowa Department of Justice
　　　　　　　　　　　　　　　　　Hoover State Office Building
　　　　　　　　　　　　　　　　　Des Moines, Iowa 50319
　　　　　　　　　　　　　　　　　(515) 823-9117
　　　　　　　　　　　　　　　　　(515) 281-4209 (fax)
　　　　　　　　　　　　　　　　　eric.wessan@ag.iowa.gov

ATTORNEY FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on May 10, 2024:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ CM/ECF

Signature: */s/ Julie Sander*