# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF IOWA, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:24-cv-162-SHL-SBJ |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT**

On May 9, 2024, the United States brought this action to challenge Iowa's newly enacted law, Senate File 2340 (SF 2340), which creates a purported state immigration crime for unlawful reentry, requires state judges to order the removal of certain noncitizens from the country, and mandates that state officials carry out those removal orders. In the attached motion, the United States seeks an order preliminarily or permanently enjoining SF 2340 because it is unconstitutional under the Supremacy Clause and the Foreign Commerce Clause of the United States Constitution. Local Rule 7(h) limits that motion to 20 pages. The United States respectfully requests a five-page extension of that page limit. There is good cause for the extension request. The motion discusses important constitutional issues, and despite the United States' best efforts, it is unable to fully explain those issues within the page limitation. The United States believes that with a modest, five-page extension, the motion will better facilitate the Court's resolution of the United States' request for an injunction. Undersigned counsel has conferred with counsel for defendants, and they state that the defendants do not oppose this extension request. The United States' motion for preliminary or permanent injunction is attached.

DATED: May 10, 2024                Respectfully submitted,

                                                                      BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel, Federal Programs Branch

/s/ *Christopher A. Eiswerth*
CHRISTOPHER A. EISWERTH
KUNTAL CHOLERA
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:  (202) 305-0568
Email:  christopher.a.eiswerth@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing document and its attachments to be electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves all counsel of record who are registered to receive notices in this case.

                                    */s/ Christopher A. Eiswerth*

                                    Christopher A. Eiswerth
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street, NW
                                    Washington, DC  20005
                                    Phone: (202) 305-0568
                                    Email:  christopher.a.eiswerth@usdoj.gov