**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

THE STATE OF IOWA, *et al.*,

               Defendants.

Case No. 4:24-cv-00162-SHL-SBJ

**UNITED STATES' MOTION FOR
PRELIMINARY OR PERMANENT INJUNCTION**

Plaintiff the United States of America respectfully moves for a preliminary or permanent injunction pursuant to Federal Rules of Civil Procedure 56 and 65 against the State of Iowa—and Governor Reynolds, Attorney General Bird, Iowa Department of Public Safety, and Commissioner Bayens—prohibiting the enforcement of Senate File 2340 before it goes into effect on July 1, 2024.

The attached brief in support of this motion and accompanying declarations demonstrate that an injunction is appropriate here. *See Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 20 (2008). The United States is likely to succeed on the merits because SF 2340 is preempted: it intrudes into a field that Congress has reserved exclusively for the federal government and conflicts with the federal immigration scheme. *See Arizona v. United States,* 567 U.S. 387, 400-10 (2012). And the Iowa law violates the Foreign Commerce Clause by seeking to regulate the international movement of persons and by impeding the United States' ability to "speak with one voice" in foreign relations. *Japan Line, Ltd. v. Los Angeles Cnty.*, 441 U.S. 434, 449 (1979). Further, permitting a preempted state law to go into effect constitutes per se irreparable harm to the federal government, and the implementation of SF 2340

specifically will irreparably harm the United States and conflict with the public interest by interfering with the United States' foreign relations and with the comprehensive federal immigration scheme. In contrast, Iowa possesses no countervailing interest in maintaining an unconstitutional law.

For these reasons and those in the attached supporting brief and declarations, SF 2340 should be preliminarily or permanently enjoined.

DATED:  May 10, 2024               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel, Federal Programs Branch

/s/ *Christopher A. Eiswerth*
CHRISTOPHER A. EISWERTH
KUNTAL CHOLERA
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:  (202) 305-0568
Email:  christopher.a.eiswerth@usdoj.gov

*Attorneys for the United States*