IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IOWA; KIMBERLY REYNOLDS, in her official capacity as Governor of Iowa; BRENNA BIRD, in her official capacity as Attorney General of Iowa; IOWA DEPARTMENT OF PUBLIC SAFETY; STEPHAN K. BAYENS, in his official capacity as Commissioner of Iowa Department of Public Safety,<br><br>    Defendants. | Case No. 4:24-cv-00162-SHL-SBJ<br><br><br>APPEARANCE |

**COMES NOW**, Breanne A. Stoltze, Assistant Solicitor General and hereby enters her,

Appearance on behalf of Defendants.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Breanne A. Stoltze*
BREANNE A. STOLTZE
Assistant Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 393-1450
(515) 281-4209 (fax)
breanne.stoltze@ag.iowa.gov

ATTORNEY FOR DEFENDANTS


*Original filed electronically.*
*Copy electronically served on all parties of record.*

| | |
|---|---|
| | **PROOF OF SERVICE**<br>The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on May 10, 2024:<br><br>☐ U.S. Mail       ☐ FAX<br>☐ Hand Delivery  ☐ Overnight Courier<br>☐ Federal Express ☐ Other<br>☒ CM/ECF<br><br>Signature: */s/ Breanne A. Stoltze* |