.IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF IOWA; KIMBERLY REYNOLDS, in her official capacity as Governor of Iowa; BRENNA BIRD, in her official capacity as Attorney General of Iowa; IOWA DEPARTMENT OF PUBLIC SAFETY; STEPHAN K. BAYENS, in his official capacity as Commissioner of Iowa Department of Public Safety,<br><br>Defendant. | Case No. 4:24-cv-162<br><br>**NOTICE OF APPEARANCE** |

COMES NOW Nick Davis, Assistant Attorney General, and hereby appears as counsel on behalf of Defendant.

                Respectfully submitted,

                BRENNA BIRD
                Attorney General of Iowa

                /s/ *Nick Davis*
                NICK DAVIS
                Assistant Attorney General
                Iowa Department of Justice
                Hoover State Office Building
                Des Moines, Iowa 50319
                (515) 281-5164
                (515) 281-4209 (fax)
                nick.davis@ag.iowa.gov
                ATTORNEY FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on May 13, 2024: |
| ☐ U.S. Mail            ☐ FAX |
| ☐ Hand Delivery   ☐ Overnight Courier |
| ☐ Federal Express  ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Julie Sander* |