IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF IOWA, et al.,<br><br>Defendants. | Case No. 4:24-cv-162-SHL-SBJ<br><br>**MOTION FOR EXTENSION OF TIME AND PAGES FOR DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

    Defendants State of Iowa, Kim Reynolds, Brenna Bird, Iowa Department of Public Safety, and Stephan Bayens ("State Defendants") request a 7-day extension of time to file their response to Plaintiff's motion for a preliminary injunction, and a 5-page extension of that response's page limits.

    Plaintiff moved for a preliminary injunction on May 10, 2024. Under LR 7(e), State Defendants' response is due within 14 days—by May 24, 2024. The law Plaintiff wants enjoined will not go into effect until July 1, 2024.

    Due to State Defendants' unavoidable workload on other matters filed in state and federal courts, the State Defendants request an extension of time to respond to Plaintiff's motion for a preliminary injunction.

    State Defendants therefore seek an additional 7 days to respond to Plaintiff's motion. This is a reasonable extension that accommodates both the State Defendants' high caseload and the need for a ruling before the challenged law's effective date.

    No other time extensions have been granted in this matter.

The Court set a hearing on Plaintiff's motion for June 10, 2024. State Defendants intended to ask for a 14-day extension for their response. Plaintiff opposed that request but agreed to a 7-day extension. Considering that agreement and the Court having scheduled a hearing, State Defendants now request only 7 days.

Because of the complexity of legal issues involved in this case, and in consideration of Plaintiff's unresisted request to file an overlength brief, State Defendants too request a 5-page extension of the 20-page limit under LR 7(h). Plainitff does not oppose this request.

WHEREFORE, State Defendants respectfully request that this Court extend the deadline for their response to Plaintiff's motion for preliminary injunction to May 31, 2024, and extend the page limit to 25 pages.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
ERIC WESSAN
Solicitor General

/s/ *Patrick C. Valencia*
PATRICK C. VALENCIA*
Deputy Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS

*Application for admission in this Court forthcoming

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on December 6, 2023: |
| ☐ U.S. Mail           ☐ FAX |
| ☐ Hand Delivery   ☐ Overnight Courier |
| ☐ Federal Express  ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Eric Wessan* |