.IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF IOWA; KIMBERLY REYNOLDS, in her official capacity as Governor of Iowa; BRENNA BIRD, in her official capacity as Attorney General of Iowa; IOWA DEPARTMENT OF PUBLIC SAFETY; STEPHAN K. BAYENS, in his official capacity as Commissioner of Iowa Department of Public Safety,<br><br>    Defendant. | Case No. 4:24-cv-162<br><br>**NOTICE OF APPEARANCE** |

    COMES NOW Patrick Valencia, Deputy Attorney General, and hereby appears as counsel on behalf of Defendant.

    Respectfully submitted,

    BRENNA BIRD
    Attorney General of Iowa

    <u>/s/ Patrick C. Valencia</u>
    PATRICK C. VALENCIA
    Deputy Solicitor General
    Department of Justice
    Hoover State Office Building
    Des Moines, IA 50319
    Telephone: (515) 281-8770
    Email: patrick.valencia@ag.iowa.gov
    ATTORNEY FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on May 13, 2024:

☐ U.S. Mail                    ☐ FAX
☐ Hand Delivery         ☐ Overnight Courier
☐ Federal Express       ☐ Other
☒ CM/ECF

Signature: */s/ Julie Sander*