# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE STATE OF IOWA, *et al.*,<br><br>        Defendants. | Case No. 4:24-cv-00162-SHL-SBJ |

## NOTICE OF APPEARANCE

Please take notice that JEAN LIN, Special Litigation Counsel of the Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Plaintiff the United States of America in this action.

DATED:  May 15, 2024        Respectfully submitted,

                                      BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    */s/ Jean Lin*
                                    JEAN LIN
                                    Special Litigation Counsel
                                    CHRISTOPHER A. EISWERTH
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street, NW
                                    Washington, DC  20005
                                    Phone:  (202) 514-3716
                                    Email:  jean.lin@usdoj.gov
                                    *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document and its attachments to be electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves all counsel of record who are registered to receive notices in this case.

                                            */s/ Jean Lin*

JEAN LIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 514-3716
Email:  jean.lin@usdoj.gov