# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>THE STATE OF IOWA, *et al.*,<br><br>            Defendants. | Case No. 4:24-cv-162-SHL-SBJ |

**UNITED STATES' UNRESISTED MOTION FOR EXTENSION OF PAGE LIMITS**

The United States has moved for a preliminary or permanent injunction to enjoin enforcement of Iowa Senate File 2340. *See* ECF Nos. 3-1, 7. And Defendants have resisted the motion. *See* ECF No. 19. The Court previously granted each party permission to exceed the page limits set by the local rules for those filings by five pages. *See* ECF Nos. 6, 11.

The United States intends to file a reply brief in support of its motion. Local Rule 7(g) limits that brief to 5 pages. The United States respectfully requests a five-page extension of that page limit. There is good cause for the extension request. The motion and the resistance address important constitutional issues, and the resistance raises defenses not addressed in the United States' opening brief. Despite its best efforts, the United States is unable to reply adequately to the resistance in five pages. The United States submits that a 10-page reply brief will better assist the Court in resolving the pending motion. Defendants do not oppose this request. The United States' proposed reply in support of its motion is attached.

DATED:  June 5, 2024				Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel, Federal Programs Branch

/s/ *Christopher A. Eiswerth*
CHRISTOPHER A. EISWERTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:  (202) 305-0568
Email:  christopher.a.eiswerth@usdoj.gov

*Counsel for the United States*