IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 4:24-CV-00161-SHL-SBJ |
| | ) |
| THE STATE OF IOWA, *et al.*, | )   CASE NO. 4:24-CV-00162-SHL-SBJ |
| Defendants. | ) |
| | ) |
| IOWA MIGRANT MOVEMENT FOR JUSTICE, *et al.*, | ) |
| | ) |
| Plaintiffs, | )   **UNOPPOSED MOTION OF LAW OF THE IMMIGRATION REFORM** |
| | )   **LAW INSTITUTE FOR LEAVE TO** |
| v. | )   **FILE A BRIEF AS *AMICUS CURIAE*** |
| | )   **IN OPPOSITION TO PLAINTIFFS'** |
| BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.*, | )   **MOTIONS FOR PRELIMINARY OR** |
| | )   **PERMANENT INJUNCTION** |
| Defendants. | ) |
| | ) |

     Immigration Reform Law Institute, by its undersigned counsel, hereby submits this Motion for Leave to File Brief of Proposed *Amici Curiae* (the "Motion for Leave"), and states as follows:

     1.    Pursuant to Fed. R. Civ. P. 7, the Immigration Reform Law Institute ("IRLI") respectfully requests this Court's leave to file the accompanying Brief as *amicus curiae* in opposition to Plaintiffs' motions for preliminary or permanent injunction in the above captioned cases.  IRLI's counsel has conferred with counsel for all parties; Private Plaintiffs have stated it takes no position if the *amicus* Brief is filed by 5 p.m. Eastern Time on Thursday, June 6, 2024; Federal Plaintiff and Defendants consent to the filing of the attached *amicus* Brief.

     2.    IRLI is a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years the Board of Immigration

Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation for American Immigration Reform, of which IRLI is a supporting organization.

3.      "'The extent, if any, to which an *amicus curiae* should be permitted to participate in a pending action is solely within the broad discretion of the district court.'" *Sierra Club v. Fed. Emergency Mgmt. Agency*, 2007 U.S. Dist. LEXIS 84230, at *2 (S.D. Tex. Nov. 14, 2007) (quoting *Waste Mgmt. of Pa., Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995)).   Unlike the corresponding appellate rules, the federal and local rules applicable here do not specifically address *amicus* briefs.   Nonetheless, the appellate rules' criteria for granting leave to file may provide a guide.   The Advisory Committee Note to the 1998 amendments to Rule 29 explains that "[t]he amended rule … requires that the motion state the relevance of the matters asserted to the disposition of the case" as "ordinarily the most compelling reason for granting leave to file." FED. R. APP. P. 29, Advisory Committee Notes, 1998 Amendment.   As now-Justice Samuel Alito wrote while serving on the U.S. Court of Appeals for the Third Circuit, "I think that our court would be well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.   I believe that this is consistent with the predominant practice in the courts of appeals." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (citing Michael E. Tigar and Jane B. Tigar, FEDERAL APPEALS— JURISDICTION AND PRACTICE 181 (3d ed. 1999) and Robert L. Stern, APPELLATE PRACTICE IN THE UNITED STATES 306, 307-08 (2d ed. 1989)).   Now-Justice Alito quoted the Tigar treatise favorably for the statement that "[e]ven when the other side refuses to consent to an amicus filing, most courts of appeals freely grant leave to file, provided the brief is timely and well-reasoned." 293 F.3d at 133.

4.     IRLI's proffered Brief will bring the following relevant matter to the Court's attention:

> That Congress has explicitly acknowledged the practice of aliens stipulating to removal in State criminal courts without discouraging or attempting to discourage the practice. Instead, Congress has endorsed the practice and accepted such stipulations as constituting the predicate "removal" for sentencing enhancement purposes.

5.     Because this issue is relevant to this Court's decision on Plaintiffs' motions for preliminary or permanent injunction, IRLI's Brief may aid the Court.

For the foregoing reasons, IRLI respectfully requests that the Court grant its Motion for Leave to file the accompanying brief as *amicus curiae*.

Dated this 6th day of June 2024.          Respectfully submitted,

BELIN McCORMICK, P.C.

Michael S. Boal
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4621
Facsimile:   (515) 558-0621
msboal@belinmccormick.com

CHRISTOPHER J. HAJEC*
D.C. Bar No. 492551
MATT A. CRAPO*
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
(202) 232-5590
chajec@irli.org
mcrapo@irli.org
* pending *pro hac vice* admission

Counsel for *Amicus Curiae*
Immigration Reform Law Institute

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, *amicus curiae* Immigration Reform Law Institute makes the following disclosures as a non-governmental corporate party:

1) All parent corporations: None.

2) All publicly held companies that hold 10% or more of the party's stock:  None.

*/s/ Matt Crapo*
MATT A. CRAPO

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for both Plaintiff and Defendants regarding this motion. Private Plaintiffs have stated that they take no position if the *amicus* brief is filed by 5pm Eastern time on Thursday, June 6; Federal Plaintiff and Defendants consent to the filing of the attached *amicus* brief.

*/s/ Matt Crapo*
MATT A. CRAPO

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

*/s/ Michael S. Boal*
MICHAEL S. BOAL

B1694\0003\(4442967)