# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. STATE OF IOWA, *et al.*, *Defendants.* | Case No. 4:24-cv-00162-SHL-SBJ **DEFENDANTS' NOTICE OF APPEAL** |

Notice is hereby given that Defendants State of Iowa; Kimberly Reynolds, in her official capacity as Governor of the State of Iowa; Brenna Bird, in her official capacity as Attorney General of the State of Iowa; Iowa Department of Public Safety; and Stephan K. Bayens, in his official capacity as Commissioner of Iowa Department of Public Safety, hereby appeal to the United States Court of Appeals for the Eighth Circuit the district court's order (Dkt. 29), dated and filed on June 17, 2024, granting Plaintiff's motion for a preliminary injunction, which was filed on May 13, 2024 (Dkt. 7).

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
Eric Wessan
*Solicitor General*

/s/ *Patrick C. Valencia*
Patrick C. Valencia
*Deputy Solicitor General*

*/s/ Breanne A. Stoltze*
Breanne A. Stoltze
*Assistant Solicitor General*

*/s/ Nicholas Davis*
Nicholas Davis
*Assistant Attorney General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-5191
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov
nick.davis@ag.iowa.gov

ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on June 19, 2024: |
| ☐ U.S. Mail    ☐ FAX |
| ☐ Hand Delivery    ☐ Overnight Courier |
| ☐ Federal Express    ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Patrick C. Valencia* |