# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: _____United States_____ vs. \_\_\_\_\_STATE OF IOWA, et al.\_\_\_\_\_

District Court Case Number: \_\_\_4:24-cv-00162-SHL-SBJ_____

Appeal Fee (505.00) Status:  Pd _X_  IFP \_\_\_\_  Pending \_\_\_\_  Government Appeal \_\_\_\_

Counsel: Appointed \_\_\_\_  CJA \_\_\_\_  Retained _X_  Pro Se \_\_\_\_  Pro Bono \_\_\_\_  FPD \_\_\_\_

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _X_  Pro Se \_\_\_\_

Any reason why counsel should not be appointed: \_\_\_N/A_____

Certificate of Appealability: Denied \_\_\_\_  Granted \_\_\_\_  Not Issue _X_

Pending post Judgment motions: Yes \_\_\_\_  No _X_

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes _X_  No \_\_\_\_

Simultaneous Opinion release Requested: Yes _X_  No \_\_\_\_

Trial Held: Bench \_\_\_\_  Jury \_\_\_\_  No _X_

Court Reporter: Yes _X_  No \_\_\_\_

Reporter's Name: _____Tonya Gerke_____

Appealing: Order prior to final judgment _X_ or final judgment \_\_\_\_

***File this form with the Notice of Appeal***