# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2376

In re: Robert A. Heghmann

Petitioner

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00162-SHL)

---

### ORDER

The $600 appellate filing and docketing fee has not been paid and is due. Petitioner is directed to either pay the fee in this court or file a motion for leave to proceed in forma pauperis in this court within 21 days of the date of this order. If petitioner does not pay the fee or move for IFP status by July 23, 2024, an order will be entered directing the petitioner to show cause why this appeal should not be dismissed for failure to prosecute.

July 02, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik