# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit          DATE: 7/10/2024

FROM: Clerk, U.S. District Court, Southern District of Iowa – Council Bluffs

Appeal Number:   **24-2263 and 24-2265**

District Court Number:  **4:24-cv-00161-SHL-SBJ,**
**4:24-cv-00162-SHL-SBJ**

Name:   Iowa Migrant Movement for Justice et al v. Bird et al

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

PSI Report:

Transcript:  **Evidentiary Hearing [49], [28] – 1 copy**

Exhibits:

Comments: