# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2376

_____

In re: Robert A. Heghmann

Petitioner

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00162-SHL)

---

## JUDGMENT

Petitioner has not responded to the court's order entered on 07/26/2024 .  It is hereby ordered that this appeal is dismissed for failure to prosecute.  See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

August 20, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Maureen W. Gornik