# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2376

In re: Robert A. Heghmann

Petitioner

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00162-SHL)

---

## MANDATE

In accordance with the judgment of August 20, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 20, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit