IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>THE STATE OF IOWA, et al.,<br><br>     Defendants. | Case No. 4:24-cv-162-SHL-SBJ |
| IOWA MIGRANT MOVEMENT FOR JUSTICE, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>ATTORNEY GENERAL OF IOWA BRENNA BIRD, in her official capacity, et al.,<br><br>     Defendants. | Case No. 4:24-cv-161-SHL-SBJ<br><br>**JOINT MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

Defendants State of Iowa, *et al.*, Defendant Brenna Bird, in her official capacity as Attorney General of Iowa, Plaintiff United States, and Plaintiffs Iowa MMJ, *et al.*, respectfully move the Court for an order staying further district court proceedings pending the resolution of Defendants' appeal of the Court's order granting Plaintiffs' motions for a preliminary injunction. In support of their motion, the Parties state as follows:

1.      Plaintiffs filed these suits on May 9, 2024, and moved for preliminary injunctions on May 10, 2024.

2.      This Court held a joint hearing on the motions for a preliminary injunction on June 10, 2024.

3.      On June 17, 2024, the Court issued an order granting Plaintiffs' motions for a preliminary injunction.

4.      Defendants timely filed notices of appeal to the United States Court of Appeals for the Eighth Circuit on June 19, 2024.

5.      The appeals are currently docketed as Iowa MMJ, et al. v. Bird, No. 24-2263 (8th Cir.) and United States v. Iowa, et al., No. 24-2265 (8th Cir.).

6.      On June 21, 2024, Defendants filed an unopposed motion requesting the court set oral argument for the court's next argument calendar, which was September 2024. The court granted expedited argument and set a briefing schedule accommodating that argument. Argument is now set for September 26, 2024.

7.      The central issue on appeal is what the proper scope of preemption is. Defendants argue it is more limited than that applied in the order granting the preliminary injunction. The Eighth Circuit will now have the opportunity in the appeal to weigh in on the legal standard and scope of preemption.

8.      In the meantime, Defendants' enforcement of the entire challenged law remains enjoined.

9.      Moving forward with any further district court proceedings, including motions to dismiss, without that guidance could lead to significant duplication of efforts. Resolution on the underlying claims will be affected by the Eighth Circuit's explanation of the applicable legal standard.

10.     In the interest of judicial economy and efficiency, the Parties request a stay of further case proceedings until Defendants' appeal has been resolved.

11.     Counsel for the Parties certify that this motion is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that their motion be granted and that the Court stay further case proceedings until Defendants' appeal has been resolved.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ Eric Wessan
ERIC WESSAN
Solicitor General

/s/ Patrick C. Valencia
PATRICK C. VALENCIA
Deputy Solicitor General

/s/ Breanne A. Stoltze
BREANNE A. STOLTZE
Assistant Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-4213
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel, Federal
Programs Branch

/s/ Christopher A. Eiswerth
CHRISTOPHER A. EISWERTH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC  20005
Phone: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

ATTORNEYS FOR THE UNITED STATES


*/s/ Emma Winger*
Emma Winger*
Michelle Lapointe*
Suchita Mathur*
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7512
ewinger@immcouncil.org
mlapointe@immcouncil.org
smathur@immcouncil.org

Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
Thomas Story, AT0013130
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Ste. 808
Des Moines, IA 50309-2317
Phone: (515) 243-3988
Fax: (515) 243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
thomas.story@aclu-ia.org

Spencer Amdur
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0770
Fax: (415) 395-0950
samdur@aclu.org
cwofsy@aclu.org

Anand Balakrishnan
Wafa Junaid
Noor Zafar
Omar Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2660
Fax: (212) 549-2654
abalakrishnan@aclu.org
wjunaid@aclu.org
nzafar@aclu.org
ojadwat@aclu.org

ATTORNEYS FOR PLAINTIFFS IOWA
MIGRANT MOVEMENT FOR JUSTICE,
JANE DOE, ELIZABETH ROE
* Admitted *pro hac vice*

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on August 28, 2024:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivery        ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ CM/ECF

Signature: */s/ Patrick C. Valencia*