UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THE STATE OF IOWA, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-00162-SHL-SBJ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Christopher Eiswerth, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, is withdrawing as counsel for the United States due to his impending departure from the Department of Justice. The United States will continue to be represented by Jean Lin of the same office, who has already appeared in this case.

Date:  January 17, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov