## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF IOWA, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-00162-SHL-SBJ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Kuntal Cholera, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, is withdrawing as counsel for the United States due to his impending departure from the Department of Justice. The United States will continue to be represented by Jean Lin of the same office, who has already appeared in this case.

                                                          /s/ *Kuntal Cholera*
                                                          KUNTAL CHOLERA
                                                          Attorney
                                                          U.S. Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          1100 L Street, NW
                                                          Washington, DC  20005
                                                          Email:     kuntal.cholera@usdoj.gov