IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF IOWA, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:24-cv-162-SHL-SBJ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the United States of America hereby dismisses the above-captioned action. The parties agree that each will bear its own costs.

Dated: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Jean Lin*
JEAN LIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone:  202 514-3716
Email:  jean.lin@usdoj.gov

Attorneys for the United States