# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 15, 2025

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

　　　　RE:  24-2265  United States v. State of Iowa, et al

Dear Counsel:

　　　Enclosed is a copy of the dispositive order entered today in the referenced case.

　　　Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

　　　　　　　　　　　　　　　　　　　　　Susan E. Bindler
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

DNS

Enclosure(s)

cc:　　Maxwell A. Baldi
　　　　Kuntal Cholera
　　　　 Clerk, U.S. District Court, Southern Iowa
　　　　Madeline Coburn
　　　　Matt A. Crapo
　　　　Nicholas Davis
　　　　Stephen Ehrlich
　　　　Christopher A. Eiswerth
　　　　Christopher J. Hajec
　　　　Alexandra Lampert
　　　　Jean Lin
　　　　Ross MacPherson

Christopher M. Mason
Aaron L. Nielson
Leif Eric Overvold
Breanne Alyssa Stoltze
Seara Sullivan
Daniel Tenny
Karen Tumlin
Patrick Cannon Valencia
Jonathan T. Weinberg

District Court/Agency Case Number(s):   4:24-cv-00162-SHL