# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2265

_____

United States of America

Plaintiff - Appellee

v.

State of Iowa; Kimberly Reynolds, in her official capacity as Governor of Iowa; Brenna Bird, in her official capacity as Attorney General of Iowa; Iowa Department of Public Safety; Stephan Kenneth Bayens, in his official capacity as Commissioner of Iowa Department of Public Safety

Defendants - Appellants

------------------------------

Immigration Reform Law Institute; State of Texas; State of Oklahoma

Amici on Behalf of Appellant(s)

American Immigration Lawyers Association; ASISTA Immigration Assistance; Asian Pacific Institute on Gender-Based Violence; Esperanza United; Tahirih Justice Center

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00162-SHL)
_____

## JUDGMENT

Before BENTON, ARNOLD, and KOBES, Circuit Judges.

In accordance with the court's order of April 15, 2025, Iowa's appeal is dismissed, the district court's order granting the United States' motion for a preliminary injunction is vacated, and the case is remanded to the district court with instructions to dismiss Case No. 4:24-cv-00162.

April 15, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler