## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-2265

United States of America

Appellee

v.

State of Iowa, et al.

Appellants

------------------------------

Immigration Reform Law Institute, et al.

Amici on Behalf of Appellant(s)

American Immigration Lawyers Association, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00162-SHL)

---

### MANDATE

In accordance with the judgment of April 15, 2025, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

June 09, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit